THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-cv-649

PNHC, LLC,

        Plaintiff,

v.

FREEUS, LLC,

        Defendant.

**AFFIDAVIT OF SERVICE**

Donald J. Harris, first being sworn, states and deposes of his own personal knowledge as follows:

1.      I, Donald J. Harris, am an attorney of record for the Plaintiff in the above-referenced case.

2.      On or about December 17, 2015, I caused the Summons and Verified Complaint to be deposited in the United States Post Office for mailing by certified mail, return receipt requested, Return Receipt No.: 7012 2920 0001 5064 2696, addressed to the following:

FREEUS, Inc.
c/o CT Corporation System
Registered Agent
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

3.      The Summons and Verified Complaint were in fact received on the 22nd day of December, 2015, as evidenced by the attached certified mail return receipt.

Further affiant sayeth not.

This the 12th day of January, 2016.

_____
Donald J. Harris

Sworn to and subscribed before me,
this 12th day of January, 2016.

_____
Notary Public
My Commission Expires: _October 3, 2017_

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FREEUS, LLC
c/o CT Corporation System,
Registered Agent
150 Fayetteville St., Box 1011
Raleigh, NC 27601

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _Richard John_ ☐ Agent ☐ Addressee

B. Received by ( *Printed Name* )  C. Date of Delivery
12/22

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*

7012 2920 0001 5064 2696

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## CERTIFICATE OF SERVICE

This is to certify that on this date the undersigned electronically filed the foregoing

**AFFIDAVIT OF SERVICE** with the Cleark of Court using the CM/ECF system and served a

copy upon all other parties to this action by depositing a copy thereof, first-class postage prepaid,

in the United States Mail properly addressed as follows:

Evan S. Strassberg
Michael Best & Friedrich, LLP
6995 Union Park Center, Suite 100
Salt Lake City, UT 84047
esstrassberg@michaelbest.com

This the 12th day of January, 2016.

HARRIS SARRATT & HODGES, LLP

By: /s/ Donald J. Harris
Donald J. Harris, NCSB # 15902
1620 Hillsborough Street, Suite 200
Raleigh, North Carolina 27605
Tel.: 919.546.8788
Fax: 919.546.8789
dharris@hshllp.com
*Attorneys for Plaintiff PNHC, LLC*

3